**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Maximiliano MENDEZ–BALTAZAR,
Defendant–Appellant.**

Nos. 12–10582, 12–10583.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 22, 2013.

Maria Rodriguez Gutierrez, USYU–Office of the U.S. Attorney, Yuma, AZ, for Plaintiff–Appellee.

David Eisenberg, I, Esquire, David Eisenberg, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Maximiliano Mendez–Baltazar appeals his guilty-plea conviction and 63–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and consecutive 18–month

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendez–Baltazar's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mendez–Baltazar the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.